UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ANGELA GONZALEZ,**

    **Plaintiff,**

v.                                      Civil Action No. 3:23-cv-00831

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.,**
**TRANS UNION, LLC and MARINER FINANCE, LLC,**

    **Defendants.**

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Angela Gonzalez, by Counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves the Court for partial summary judgment on her claims that Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC, and Mariner Finance, LLC violated the Fair Credit Reporting Act. The reasons for the Plaintiff's Motion are set forth in the accompanying Memorandum in Support.

Dated: April 24, 2024.                     Respectfully submitted,

                                              **ANGELA GONZALEZ**

                                                By:   */s/ Leonard A. Bennett*
                                                           Counsel

Leonard A. Bennett, VSB No. 37523
Mark Clifton Leffler, VSB No. 40712
Emily C. Kennedy, VSB No. 83889
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
(757) 930-3660 (telephone)
(757) 930-3662 (facsimile)
Email: lenbennett@clalegal.com

Email: mark@clalegal.com
Email: emily@clalegal.com

*Counsel for Plaintiff*