IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **ANGELA GONZALEZ,** <br><br> **Plaintiff,** <br><br> v. <br><br> **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and MARINER FINANCE,** <br><br> **Defendants.** | **Civil Action No. 3:23-cv-000831-REP** |

## NOTICE OF SETTLEMENT

Plaintiff ANGELA GONZALEZ ("Ms. Gonzalez"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Gonzalez and EQUIFAX INFORMATION SERVICES, LLC ***only.*** Ms. Gonzalez and EQUIFAX INFORMATION SERVICES, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Gonzalez and EQUIFAX INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

Dated: May 7, 2024

- 2 -

Respectfully submitted,

**ANGELA GONZALEZ**

/s/ *Mark C. Leffler*
Mark C. Leffler, VSB #40712
Leonard A. Bennett, VSB #37523
Emily Connor Kennedy, VSB #83889
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
Email: emily@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*