# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **ANGELA GONZALEZ,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and MARINER FINANCE,**<br><br>**Defendants.** | **Civil Action No. 3:23-cv-000831-REP** |

## NOTICE OF SETTLEMENT

Plaintiff ANGELA GONZALEZ ("Ms. Gonzalez"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Gonzalez and EXPERIAN INFORMATION SOLUTIONS, INC. *only*. Ms. Gonzalez and EXPERIAN INFORMATION SOLUTIONS, INC. are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Gonzalez and EXPERIAN INFORMATION SOLUTIONS, INC. shall timely file the proper form of dismissal with the Court.

Dated: May 7, 2024

- 2 -

Respectfully submitted,

**ANGELA GONZALEZ**

/s/ *Mark C. Leffler*
Mark C. Leffler, VSB #40712
Leonard A. Bennett, VSB #37523
Emily Connor Kennedy, VSB #83889
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
Email: emily@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*