UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANGELA GONZALEZ,

    Plaintiff,

    v.                                     Case No. 3:23-cv-00831-REP

EXPERIAN INFORMATION SOLUTIONS,
Inc., et al.,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Angela Gonzalez ("Plaintiff") and Defendant Experian Information Solutions, Inc., ("Defendant"), by and through their respective counsel, hereby stipulate and agree that the above-captioned action is ***dismissed with prejudice***. Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), the Court should reserve jurisdiction to enforce the terms of the parties' formal Settlement Agreement.

Dated: May 22, 2024                                Respectfully submitted,

                                                         **ANGELA GONZALEZ**

                                                         By    /s/ Mark C. Leffler
                                                         Mark C. Leffler, VSB No. #40712
                                                         Consumer Litigation Associates, P.C.
                                                         763 J. Clyde Morris Blvd., Suite 1A
                                                         Newport News, VA 23601
                                                         Telephone: (757) 930-3660
                                                         Facsimile: (757) 930-3662
                                                         Email: mark@clalegal.com

Emily Connor Kennedy, VSB #83889
CONSUMER LITIGATION ASSOCIATES, P.C.
626 E. Broad Street, Suite 300
Richmond, Virginia 23219
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: emily@clalegal.com

*Counsel for Plaintiff*


By:/s/ *David Anthony*
Troutman Pepper Hamilton Sanders LLP
Troutman Sanders Building
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

*Counsel for Experian Information Solutions, Inc.*

2