**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **ANGELA GONZALEZ,** | |
| **Plaintiff,** | |
| v. | **Civil Action No. 3:23-cv-000831-REP** |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and MARINER FINANCE,** | |
| **Defendants.** | |

**NOTICE OF SETTLEMENT**

Plaintiff ANGELA GONZALEZ ("Ms. Gonzalez"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Gonzalez and TRANS UNION, LLC *only*. Ms. Gonzalez and TRANS UNION, LLC are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Gonzalez and TRANS UNION, LLC shall timely file the proper form of dismissal with the Court.

Dated: September 16, 2024

- 2 -

Respectfully submitted,

**ANGELA GONZALEZ**

/s/ *Mark C. Leffler*
Mark C. Leffler, VSB #40712
Leonard A. Bennett, VSB #37523
Emily Connor Kennedy, VSB #83889
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
Email: lenbennett@clalegal.com
Email: emily@clalegal.com
Email: mark@clalegal.com
*Counsel for Plaintiff*