IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ANGELA GONZALEZ,<br><br>          Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and MARINER FINANCE,<br><br>          Defendants. | Civil Action No. **3:23-cv-000831-REP** |

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, ANGELA GONZALEZ ("Plaintiff") and the Defendant, MARINER FINANCE ("Mariner") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and hereby stipulates to the dismissal , with prejudice, each claim and count therein asserted by Plaintiff against Mariner, in the above styled action, with Plaintiff and Mariner to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 25th day of September, 2024.

DATED:  September 25, 2024

By: */s/ Mark Leffler*
Mark C. Leffler, VSB No. 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email:  mark@clalegal.com
*Counsel for Plaintiff*

- 2 -

/s/ *Walter J. Buzzetta*
Walter John Buzzetta, VSB # 68006
Stradley Ronon Stevens & Young
2000 K Street
Suite 700
Washington, DC 20006
Email: wbuzzetta@stradley.com

*Counsel for Mariner Finance*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Mark L. Leffler
Mark C. Leffler

*Counsel for Plaintiff*