### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **ANGELA GONZALEZ,** | **Civil Action No. <u>3:23-cv-000831-REP</u>** |
| **Plaintiff,** | |
| **v.** | |
| **EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and MARINER FINANCE,** | |
| **Defendants.** | |

## <u>JOINT STIPULATION OF DISMISSAL</u>

COMES NOW the Plaintiff, ANGELA GONZALEZ ("Plaintiff") and the Defendant, TRANS UNION ("Trans Union") *only,* and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), and hereby stipulates to the dismissal, with prejudice, each claim and count therein asserted by Plaintiff against Trans Union, in the above styled action, with Plaintiff and Trans Union to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 1st day of October, 2024.

DATED:  October 1, 2024

By:  */s/ Mark Leffler*
Mark C. Leffler, VSB No. 40712
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA  23601
Telephone:  (757) 930-3660
Facsimile:  (757) 930-3662
Email:  mark@clalegal.com
*Counsel for Plaintiff*

/s/ *Marc Kirkland*
Marc Kirkland
Quilling Selander Lownds Winslett Moser
6900 N. Dallas Parkway
Suite 800
Plano, TX 75024
Email:  mkirkland@qslwm.com

*Counsel for Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 1, 2024, I presented the foregoing JOINT STIPULATION OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/  Mark L. Leffler*
Mark C. Leffler

*Counsel for Plaintiff*